## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MOHAMMED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA ET AL. | : | NO. 03-4766 |

### JUDGMENT

**AND NOW**, this *19th* day of, *October* 2006, judgment

is hereby entered in favor of defendant The School District of Philadelphia and against

plaintiff Sharon Mohammed  in the amount of $944.20.


*Michael E. Kunz*

**MICHAEL E. KUNZ**
**CLERK OF COURT**